IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH RODEBAUGH, as Mother and Next Friend of D.S.R., a minor,  )<br>)<br>)<br>)<br>     Plaintiff,  )<br>)<br>     v.  )<br>)<br>SEARS & ROEBUCK COMPANY and ELECTROLUX HOME PRODUCTS, INC.,  )<br>)<br>)<br>)<br>     Defendants.  ) | CIVIL ACTION NO.<br>1:04cv886-MHT<br>(WO) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss with prejudice (doc. no. 41) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**